PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Albin Arias-Campos                                Cr.: 03-00575-001

Name of Sentencing Judicial Officer: John C. Lifland, Sr. U.S. District Judge

Date of Original Sentence: 01/13/05

Original Offense: Conspiracy to Distribute Crack Cocaine

Original Sentence: 30 months imprisonment, 3 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 02/02/05

Assistant U.S. Attorney: Karl Buch                         Defense Attorney: Thomas Dunn

---

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the court or probation officer.**' |
| | During a home contact on August 1, 2007, the offender's roommate, Claire Kotula, stated the offender is no longer in New Jersey. While she advised that she transported him to Newark Liberty International Airport several weeks ago, she denied knowing his destination or current whereabouts. In a subsequent telephone interview, the offender's employer stated they believe the offender relocated to either North or South Carolina. (During the last face-to-face contact on May 23, 2007, the offender inquired about travel to North Carolina.) The offender was not authorized to leave this district and his current whereabouts are unknown. |

PROB 12C - Page 2
Albin Arias-Campos

Respectfully submitted,

By: Denise Morales
U.S. Probation Officer

Date: 08/02/07

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

9-27-07
Date

TOTAL P.04